# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

Plaintiff: **Andrew H. Farrar**

vs. Civil Action No. **1:19-cv-00846**

Defendant: **James Bridenstine**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this 2 day of December 2019, that

Andrew H. Farrar

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the 3 day of October, 2019, in favor of Defendant-Appellee, James Bridenstine in his official capacity as NASA Administrator against said Plaintiff-Appellant, Andrew H. Farrar.

Attorney/Pro Se Party Signature: [signature]

Name: Andrew H. Farrar

Address: 17 Phillips Dr NW

Leesburg, VA 20176

United States of America

Telephone: (202) 335-5533

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017