UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW H. FARRAR,<br><br>Plaintiff,<br><br>v.<br><br>BILL NELSON, Administrator, National Aeronautics and Space Administration,<br><br>Defendant. | Civil Action No. 19-846 (JEB) |

**STIPULATION OF DISMISSAL**

Pursuant to the parties' settlement agreement in this matter, the parties to this action hereby stipulate to dismiss all of Plaintiff's claims and Defendant's counterclaim with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

*/s/ E. David Hoskins (By Permission)*
E. DAVID HOSKINS
Law Offices of E. David Hoskins LLC
16 E. Lombard Street, Suite 400
Baltimore, MD 21202
410-662-6500

*Attorneys for Plaintiff*

Dated: August 5, 2024

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Tabitha Bartholomew*
Tabitha Bartholomew
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-2529

*Attorneys for the United States of America*